IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE A. DANEY, )<br>)<br>)<br>Plaintiff, )<br>) C.A. No. 06-660<br>v. )<br>)<br>EXXONMOBIL MEDICARE SUPPLEMENT )<br>PLAN and MANAGER-GLOBAL BENEFITS )<br>DESIGN, EXXON MOBIL CORPORATION, )<br>Administrator of the EXXONMOBIL MEDICARE )<br>SUPPLEMENT PLAN, )<br>)<br>Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the time in which defendants may move, answer or otherwise respond to the Complaint is extended through and including January 31, 2007.

_____
Timothy J. Snyder (#2408)
tsnyder@ycst.com
Curtis J. Crowther (#3298)
ccrowther@ycst.com
D. Fon Muttamara-Walker (#4646)
Fmuttamara-walker@ycst.com
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
Attorneys for Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendants

SO ORDERED this _____ day of _____, 200___.

_____
United States District Judge

RLF1-3088048-1