IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE A. DANEY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL MEDICARE SUPPLEMENT )<br>PLAN and MANAGER-GLOBAL BENEFITS )<br>DESIGN, EXXON MOBIL CORPORATION, )<br>Administrator of the EXXONMOBIL MEDICARE )<br>SUPPLEMENT PLAN, )<br>)<br>Defendants. ) | C.A. No. 06-660-SLR |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants ExxonMobil Medicare Supplement Plan and Manager-Global Benefits Design, ExxonMobil Corporation, in the above-captioned matter certify that: (1) the ExxonMobil Medicare Supplement Plan is a stand alone ERISA plan; Exxon Mobil Corporation is the plan sponsor, and there are no publicly traded corporations (domestic or foreign) that own 10% or more of the Exxon Mobil Corporation's stock; and (2) Manager-Global Benefits Design, Exxon Mobil Corporation is an entity for which there are no publicly traded corporations (domestic or foreign) that own 10% or more of its stock.

RLF1-3102021-1

                                        /s/ Kelly A. Green
                                  Jennifer C. Jauffret (#3689)
                                  Jauffret@rlf.com
                                  Kelly A. Green (#4095)
                                  Green@rlf.com
                                  Richards, Layton & Finger
                                  One Rodney Square
                                  P. O. Box 551
                                  Wilmington, Delaware 19899
                                  (302) 651-7700
                                  Attorneys for Defendants

Dated: January 31, 2007

RLF1-3102021-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing Federal Rule of Civil Procedure 7.1(a) Corporate Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on January 31, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

> Timothy J. Snyder, Esquire
> Curtis J. Crowther, Esquire
> D. Fon Muttamara-Walker, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

*Kelly A Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

RLF1-3110645-1