IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE A. DANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-660-SLR |
| v. ) | |
| ) | |
| EXXONMOBIL MEDICARE SUPPLEMENT ) | |
| PLAN and MANAGER-GLOBAL BENEFITS ) | |
| DESIGN, EXXON MOBIL CORPORATION, ) | |
| Administrator of the EXXONMOBIL MEDICARE ) | |
| SUPPLEMENT PLAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Gregory E. Stuhlman of Richards, Layton & Finger is substituted for Kelly A. Green of Richards, Layton & Finger, as counsel for ExxonMobil Medicare Supplement Plan and Manager-Global Benefits Design, Exxon Mobil Corporation, Administrator of the ExxonMobil Medicare Supplement Plan. Jennifer C. Jauffret and Richards, Layton & Finger continue to represent ExxonMobil Medicare Supplement Plan and Manager-Global Benefits Design, Exxon Mobil Corporation, Administrator of the ExxonMobil Medicare Supplement Plan in this matter.

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: March 14, 2007

RLF1-3123874-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on March 14, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

>Timothy J. Snyder, Esquire
>Curtis J. Crowther, Esquire
>D. Fon Muttamara-Walker, Esquire
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

RLF1-3110645-1