IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE A. DANEY, </br></br> Plaintiff, </br></br> v. </br></br> EXXONMOBIL MEDICARE SUPPLEMENT PLAN and MANAGER-GLOBAL BENEFITS DESIGN, EXXON MOBIL CORPORATION, Administrator of the EXXONMOBIL MEDICARE SUPPLEMENT PLAN, </br></br> Defendants. | C.A. No. 06-660-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Gregory E. Stuhlman hereby withdraws as counsel for ExxonMobil Medicare Supplement Plan and Manager-Global Benefits Design, Exxon Mobil Corporation, Administrator of the ExxonMobil Medicare Supplement Plan in this matter. Jennifer C. Jauffret and Richards, Layton & Finger continue to represent ExxonMobil Medicare Supplement Plan and Manager-Global Benefits Design, Exxon Mobil Corporation, Administrator of the ExxonMobil Medicare Supplement Plan in this matter.

                                                                                  _____
                                                                                   Jennifer C. Jauffret (#3689)
                                                                                   Jauffret@rlf.com
                                                                                   Richards, Layton & Finger
                                                                                   One Rodney Square
                                                                                   P. O. Box 551
                                                                                   Wilmington, Delaware  19899
                                                                                  (302) 651-7700
                                                                                  Attorneys for Defendants

Dated: May 18, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on May 18, 2007, had copies of the same hand delivered to:

> Timothy J. Snyder, Esquire
> Curtis J. Crowther, Esquire
> D. Fon Muttamara-Walker, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

RLF1-3110645-1