IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE A. DANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-660-SLR |
| v. | ) |
| | ) |
| EXXONMOBIL MEDICARE SUPPLEMENT PLAN and MANAGER-GLOBAL BENEFITS DESIGN, EXXON MOBIL CORPORATION, Administrator of the EXXONMOBIL MEDICARE SUPPLEMENT PLAN, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

It is hereby certified that on the 29th day of June, 2007, true and correct copies of the Initial Disclosures By Defendants' Pursuant to Fed. R. Civ. P. 26(a)(1) were served, in the manner indicated, on the following counsel of record:

### BY HAND DELIVERY

Curtis J. Crowther, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

_____
Jennifer C. Jauffret (#3689)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendants

Dated: July 2, 2007

RLF1-3173005-1