IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Marie A. Daney,<br>  Plaintiff,<br>  v.<br>EXXON MOBIL MEDICARE<br>SUPPLEMENT PLAN, MANAGER-<br>GLOBAL BENEFITS DESIGN, and<br>EXXON MOBIL CORPORATION,<br>  Defendants. | )<br>)<br>) Civ. No. 06-660-SLR<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO SUBSTITUTE PARTY AND AMEND CAPTION

The undersigned attorneys, on behalf of their respective clients, hereby stipulate to the amendment of the above-captioned case to substitute "Ronald M. Coleman and Agnes V. Ryan, not individually but as personal representatives of the Estate of Marie A. Daney, a/k/a Marie Agnes Daney" as the plaintiff in this action for all purposes as if the original Complaint and all pleadings served and/or filed subsequent thereto had been filed against, on behalf of, or to the notice of (as the case may be) the substituted party.

No claims or defenses shall be changed in any respect except for the identify of the party in interest due to the death of the original plaintiff, Marie A. Daney, on June 27, 2007. The caption in the above case shall hereinafter be:

    Ronald M. Coleman and Agnes V. Ryan,
    not individually but as personal representatives
    of the Estate of Marie A. Daney, a/k/a Marie Agnes Daney,

           Plaintiffs,

           v.

    EXXON MOBIL MEDICARE SUPPLEMENT
    PLAN, MANAGER – GLOBAL BENEFITS DESIGN, and
    EXXON MOBIL CORPORATION,

           Defendants.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARD LAYTON & FINGER, P.A. |
|---|---|
| */s/* | */s/* |
| Timothy J. Snyder (No. 2408) | Jennifer C. Jauffret (No. 3689) |
| Curtis J. Crowther (No. 3238) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 391 | (302) 651-7568 |
| Wilmington, DE 19899-0391 | (302) 651-7701/fax |
| (302) 571-6600 | |
| (302) 571-1253/fax | Counsel for Defendants |
| | |
| Counsel for Plaintiff | |

IT IS SO ORDERED, this _____ day of August, 2007.

_____
Sue L. Robinson, United States District Judge