IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONA LD M. COLEMAN and AGNES V. RYAN, not individually but as personal representatives of the Estate of Marie A. Daney a/k/a Marie Agnes Daney,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL MEDICARE SUPPLEMENT PLAN, MANAGER-GLOBAL BENEFITS DESIGN, and EXXON MOBIL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-660-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above-captioned action, including all claims, is hereby dismissed with prejudice as to Exxon Mobil Medicare Supplement Plan, Manager-Global Benefits Design and Exxon Mobil Corporation. Each party shall bear its own fees and costs.

---

Timothy J. Snyder (#2408)
tsnyder@ycst.com
Curtis J. Crowther (#3238)
ccrowther@ycst.com
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
302-571-6600
Attorneys for Plaintiff

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware  19899
302-651-7700
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge